JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Los Angeles County Metropolitan Transportation Authority, | Case No.: 2:17-cv-07621-R-SS |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| U.S. Small Business Administration, Michael Scott Bliss and Does 1 through 100, Inclusive, | |
| Defendants. | Honorable Manuel L. Real<br>United States District Judge |

Pursuant to the stipulation between Plaintiff Los Angeles County Metropolitan Transportation Authority and Defendants U.S. Small Business Administration and Michael Bliss (together, the "Federal Defendants"),

IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear their own costs and fees, including attorneys' fees.

DATED: February 27, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

  /s/  Karen Y. Paik
KAREN Y. PAIK
Assistant United States Attorney

Attorneys for Federal Defendants